# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RAY & FRANCENE WILLIAMS,

        Plaintiffs,

CASE NO. 08-CV-12271

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

-vs-

LIBERTY BANK, and
TROTT AND TROTT P.C.,

DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

        Defendants.
_____/

# ORDER
# (1) ADOPTING THE MAGISTRATE JUDGE'S JUNE 17, 2008 REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER; AND (3) DISMISSING PLAINTIFFS' COMPLAINT

Before the Court is the Magistrate Judge's June 17, 2008 Report & Recommendation denying Plaintiffs' motion for a temporary restraining order / preliminary injunction, and dismissing Plaintiff's Complaint on res judicata grounds. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Report & Recommendation (Doc. No. 6);
(2)     **DENIES** Plaintiffs' Motion for a Temporary Restraining Order (Doc. No. 2); and
(3)     **DISMISSES** Plaintiffs' Complaint.

This Order closes the instant case.

**SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: July 9, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 9, 2008.

                                              s/Denise Goodine
                                              Case Manager